UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JEFFREY S. CRUTCHFIELD, | ) | CASE NO. C06-0656-JLR-MAT |
| Petitioner, | ) | |
| v. | ) | ORDER STRIKING |
| | ) | PETITIONER'S MOTIONS |
| ROBERT J. PALMQUIST, | ) | |
| Respondent. | ) | |

Petitioner is a federal prisoner whose *pro se* petition for habeas corpus has been served on respondent, who shall file a return in approximately 30 days. Petitioner has filed two motions: a motion to expedite consideration of his habeas petition (Doc. #7); and a motion to exempt him from the requirement of first seeking administrative remedies. (Doc. #8). Having considered the motions, the court does hereby find and ORDER as follows:

(1) Petitioner has failed to comply with the Local Rule requiring that he serve a copy of each motion on counsel for respondent, and that he include in the caption of each motion the date that the motion should be noted for consideration by the court. *See* Local Rule CR 7(b)(1). Because petitioner has not complied with these important procedural requirements, the Court will

ORDER STRIKING PETITIONER'S MOTIONS
PAGE -1

not consider these motions and the Clerk shall STRIKE them.  Petitioner may re-file the motions after he has complied with these two rules.

      (2)      The Clerk shall direct a copy of this Order to petitioner, to respondent, and to the U.S. Attorney for the Western District of Washington.

      DATED this <u>13th</u> day of June, 2006.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER STRIKING PETITIONER'S MOTIONS
PAGE -2