06-CV-00656-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JEFFREY S. CRUTCHFIELD, | ) | CASE NO. C06-0656-JLR |
| Petitioner, | ) | |
| v. | ) | ORDER DENYING § 2241 PETITION |
| ROBERT J. PALMQUIST, | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's habeas corpus petition under 28 U.S.C. § 2241, respondent's return and motion to dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's "good conduct time" claim is DISMISSED without prejudice for failure to exhaust administrative remedies;

(3) Petitioner's "halfway house" claim is DENIED with prejudice for lack of merit; and,

ORDER DENYING § 2241 PETITION
PAGE -1

01    (4)   The Clerk is directed to send a copy of this Order to petitioner, to counsel for
02          respondent, and to Judge Theiler.
03    DATED this 8th day of September, 2006.

                                    /s/ James L. Robart
                                    JAMES L. ROBART
                                    United States District Judge